ORDERED.

Dated: August 02, 2016

K. Rodney May
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

IN RE:                                    CASE NO.: 8:16-bk-04972-KRM
                                          CHAPTER 7

**IDA ISABEL CHANDIAS**
**FKA IDA ISABEL ROOK-WEST**
**AKA IDA ISABEL CLAYTON**
**AKA IDA WEST,**

  **Debtor.**
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

THIS CASE came on consideration without a hearing on U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY PASS THROUGH CERTIFICATES, SERIES 2007-1's ("Secured Creditor") Motion for Relief from Stay (Docket No.7). No appropriate response has been filed in accordance with Local Rule 2002-4. Accordingly, it is:

15-018220 - JoR

**ORDERED**:

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at 7909 HATHAWAY DRIVE, NEW PORT RICHEY, FL 34654 in Pasco County, Florida, and legally described as:

    LOT 522, THE OAKS AT RIVER RIDGE UNIT THREE, ACCORDING TO THE PLAT THEREOF AS REOCRDED IN PLAT BOOK 25, PAGE 136-137, PUBLIC RECORDS OF PASCO COUNTY, FLORIDA.

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an in *personam* judgment against Debtor(s).

4. Secured Creditor is further granted relief in order to contact the Debtor(s) by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

5. The Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

6. Attorneys' fees in the amount of $450.00; and costs in the amount of $176.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

###

Attorney, Melbalynn Fisher, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

WILLIAM BRICE BRUMBY
25400 US HIGHWAY 19, SUITE 215
CLEARWATER, FL 33763

IDA ISABEL CHANDIAS
7909 HATHAWAY DR.
NEW PORT RICHEY, FL 34654

BETH ANN SCHARRER
PO BOX 4450
SEMINOLE, FL 33775-4550

UNITED STATES TRUSTEE - TPA7/13, 7
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL  33602